TO: RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART STREET
SUITE 2310
SEATTLE, WA 98101

FILED
LODGED
RECEIVED
MAIL

SEP 01 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY          DEPUTY

FROM: MICHAEL SALVO
5027 SW PRINCE ST.
SEATTLE, WA 98116

SUBJECT: MAY I KINDLY REQUEST A MOTION TO AMEND THE DEFENDANT NAMES. I WOULD LIKE TO KINDLY ADD 3 ADDITIONAL DEFENDANTS. PLEASE ADVISE ON THE PROCEDURE.

THANK YOU AND KIND REGARDS,

MICHAEL SALVO
8-30-2022

PLEASE ADD
① RAHR
② ALEXANDER
③ HICKS

FROM Michael Salyo
5027 SW Prince St
Seattle, WA 98116

FILED
LODGED
RECEIVED

**MAIL**

SEP 01 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

7017 3380 0000

98101-444285

Ravi Subramanian
Clerk of Court
700 Stewart St.
Suite 2310
Seattle, WA 98101




